UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN DIVISION

In re:                              §        Chapter 7
                                    §
ESTIS, ALINA                        §        Case No. 07-24129
                                    §
         Debtor                     §        Hon. Eugene R. Wedoff

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

       Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GUS A. PALOIAN, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

       The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
               CLERK OF THE COURT
               UNITED STATE BANKRUPTCY COURT
               219 S. DEARBORN STREET
               CHICAGO, IL  60606

       Any person wishing to object to any fee application that has not already been approved, or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged, and the United State Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at:   10:00 A.M. ON  WEDNESDAY, MARCH 2, 2011

               United States Bankruptcy Court
               COURTROOM 744
                219 S. Dearborn Street
               Chicago, IL  60606

Date Mailed: _____         By: Kenneth S. Gardner_____
                                              Clerk of the Court


*GUS A. PALOIAN, TRUSTEE*
*131 S. DEARBORN*
*SUITE 2400*
*CHICAGO, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
ESTIS, ALINA § Case No. 07-24129
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 21,611.03 |
| and approved disbursements of | $ | 253.95 |
| leaving a balance on hand of[1] | $ | 21,357.08 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GUS A. PALOIAN, TRUSTEE | $ 2,910.83 | $ 0.00 | $ 2,910.83 |
| Trustee Expenses: GUS A. PALOIAN, TRUSTEE | $ 1,083.79 | $ 0.00 | $ 1,083.79 |
| Attorney for Trustee Fees: SEYFARTH SHAW LLP | $ 7,343.20 | $ 0.00 | $ 7,343.20 |
| Other: NISEN & ELLIOTT, LLC | $ 2,500.00 | $ 0.00 | $ 2,500.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 13,837.82 |
| Remaining Balance | | $ | 7,519.26 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 137,061.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | JPMorgan Chase Bank NA | $ 85,246.71 | $ 0.00 | $ 4,676.67 |
| 000002 | CHASE BANK USA | $ 41,523.48 | $ 0.00 | $ 2,278.00 |
| 000003 | BMW Financial Services, NA, LLC | $ 10,291.41 | $ 0.00 | $ 564.59 |
| | Total to be paid to timely general unsecured creditors | | | $ 7,519.26 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE


      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid **_pro rata_** only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:


NONE


Prepared By: /s/ _____


*GUS A. PALOIAN, TRUSTEE*
*131 S. DEARBORN*
*SUITE 2400*
*CHICAGO, IL 60603*


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: arodarte                Page 1 of 1                  Date Rcvd: Jan 26, 2011
Case: 07-24129                 Form ID: pdf006               Total Noticed: 20

The following entities were noticed by first class mail on Jan 28, 2011.
db           +Alina Estis,    553 W. Melrose  # 1 W.,    Chicago, IL 60657-3898
aty          +Daniel P. Dawson,    Nisen & Elliott, LLC,    200 W. Adams St. Ste 2500,    Chicago, IL 60606-5283
aty          +Sara E Lorber,    The Law Office of William J. Factor,    105 W. Madison St.,    Suite 400,
               Chicago, IL 60602-4678
aty          +Seyfarth Shaw LLP,    131 S Dearborn Street,    Suite 2400,    Chicago, IL 60603-5863
tr           +Gus A Paloian,    Seyfarth, Shaw, Et Al,    131 South Dearborn Street,    Suite 2400,
               Chicago, IL 60603-5863
11832391     +Bank of America.,    Acct#: 1441,    POB 15710,    Wilmington, DE 19886-5710
11832392     +Bank of America.,    Acct#: 5199,    POB 660312,    Dallas, TX 75266-0312
11954727     +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
11832394     +Capital 1 Bank.,    Acct#: 0916,    11013 W. Broad St.,    Glen Allen, VA 23060-5937
11832395     +Charter One Bank.,    Acct#: 9001,    1215 Superior Ave,    Cleveland, OH 44114-3257
11832397     +Chase,    Acct#: 4902,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
11832398     +Chase,    Acct#: 8793,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
11877333     +Chase Bank,    Judy OH2-5170,    50 S Main St,    Akron, OH 44308-1828
11832396     +Chase.,    Acct#: 2001,    POB 9001022,    Louisville, KY 40290-1022
11832399     +Citibank Student Loan division,    Acct#: 3358,    PO Box 6094,    Suioux Falls, SD 57117-6094
11832400     +Fifth Third Bank.,    Acct#: 8810,    POB 15710,    Cincinnati, OH 45274-0001
11832401     +TCF Bank.,    Acct#: 2998,    101 E. 5th Ste 101,    Saint Paul, MN 55101-1898
11832402     +Vincent Engler,    553 W. Melrose 1W,    Chicago, IL 60657-2774

The following entities were noticed by electronic transmission on Jan 27, 2011.
11832393      E-mail/PDF: bankruptcynotices@bmwfs.com Jan 27 2011 05:01:07     BMW Financial,    Acct#: 0063,
               5515 Park Center,    Dublin, OH   43017
11963520     +E-mail/PDF: bankruptcynotices@bmwfs.com Jan 27 2011 05:01:07     BMW Financial Services, NA, LLC,
               5550 Britton Parkway,    Hilliard, OH 43026-7456
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Nisen & Elliott LLC
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 28, 2011**                    **Signature:** _/s/ Joseph Speetjens_