UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
ESTIS, ALINA § Case No. 07-24129
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GUS A. PALOIAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/GUS A. PALOIAN, TRUSTEE_____
                                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase |  |  |  |  |  |
|  | Fifth Third Bank |  |  |  |  |  |
|  | TCF Bank |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GUS A. PALOIAN, TRUSTEE | | | | | |
| GUS A. PALOIAN, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| SEYFARTH SHAW LLP | | | | | |
| NISEN & ELLIOTT, LLC | | | | | |
| GORMAN & ASSOCIATES | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Bank | | | | | |
| | Chase | | | | | |
| | Citibank Student Loan Division | | | | | |
| | Citibank Student Loan division | | | | | |
| | Vincent Engler | | | | | |
| 000003 | BMW FINANCIAL SERVICES, NA, LLC | | | | | |
| 000002 | CHASE BANK USA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | JPMORGAN CHASE BANK NA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 07-24129 | ERW | Judge: EUGENE R. WEDOFF | Trustee Name: | GUS A. PALOIAN, TRUSTEE |
| Case Name: | ESTIS, ALINA | | | Date Filed (f) or Converted (c): | 12/21/07 (f) |
| | | | | 341(a) Meeting Date: | 01/22/08 |
| For Period Ending: | 02/01/12 | | | Claims Bar Date: | 04/25/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY<br>  RESIDENCE 4329 IVY LANE GLENVIEW IL | 760,000.00 | 0.00 | DA | 0.00 | FA |
| 2. BANK ACCOUNTS<br>  CHECKING ACCOUNT AT CHASE; ACCT. | 3.02 | 0.00 | DA | 0.00 | FA |
| 3. BANK ACCOUNTS<br>  OPTION EXPRESS ACCOUNT # 0505-6320 | 21,000.00 | 0.00 | | 21,567.48 | FA |
| 4. BOOKS AND ART OBJECTS<br>  BOOKS | 100.00 | 0.00 | DA | 0.00 | FA |
| 5. WEARING APPAREL<br>  Clothing | 500.00 | 0.00 | DA | 0.00 | FA |
| 6. JEWELRY<br>  BRACELET | 700.00 | 0.00 | DA | 0.00 | FA |
| 7. PENSION PLANS AND PROFIT SHARING<br>  401 K MERRILL LYNCH | 128,903.67 | 0.00 | DA | 0.00 | FA |
| 8. ALIMONY, MAINTENANCE, SUPPORT<br>  CHILD SUPPORT CREDIT PAYDOWN MTGE PAYMENTS OWED BY FORMER DOMESTIC PARTNER TO DEBTOR PER SEPARATION AGREEMENT | 29,491.54 | 0.00 | DA | 0.00 | FA |
| 9. TAX REFUNDS<br>  INCOME TAX REFUND/EARNED INCOME TAX CREDIT FOR TWO CHILDREN | 4,432.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 44.82 | Unknown |

TOTALS (Excluding Unknown Values) | $945,130.23 | $0.00 | | $21,612.30 | $0.00

Gross Value of Remaining Assets

(Total Dollar Amount in Column 6)

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

Ver: 16.05b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 07-24129  ERW  Judge: EUGENE R. WEDOFF | Trustee Name: | GUS A. PALOIAN, TRUSTEE |
| Case Name: | ESTIS, ALINA | Date Filed (f) or Converted (c): | 12/21/07 (f) |
| | | 341(a) Meeting Date: | 01/22/08 |
| | | Claims Bar Date: | 04/25/08 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee's Final Report was filed on 1/25/11.

Initial Projected Date of Final Report (TFR): 12/31/09      Current Projected Date of Final Report (TFR): 01/25/11

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 07-24129 -ERW | | Trustee Name: | GUS A. PALOIAN, TRUSTEE |
|---|---|---|---|---|
| Case Name: | ESTIS, ALINA | | Bank Name: | **B OF A /ASSOCIATED BANK |
| | | | Account Number / CD #: | *******4170  BofA Money Market |
| Taxpayer ID No: | *******0926 | | | |
| For Period Ending: | 02/01/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/30/08 | 3 | OPTIONS EXPRESS | LIQUIDATION OF STOCK | 1129-000 | 21,567.48 | | 21,567.48 |
| 02/07/08 | 000201 | INTERNATIONAL SURETIES, LTD. | TRUSTEE BOND | 2300-000 | | 19.10 | 21,548.38 |
| | | | BLANKET BOND DISBURSEMENT | | | | |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 4.41 | | 21,552.79 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 5.09 | | 21,557.88 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 4.42 | | 21,562.30 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.73 | | 21,565.03 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.66 | | 21,567.69 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.74 | | 21,570.43 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.73 | | 21,573.16 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.66 | | 21,575.82 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 2.09 | | 21,577.91 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.76 | | 21,579.67 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.09 | | 21,580.76 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.18 | | 21,580.94 |
| 02/11/09 | 000202 | INTERNATIONAL SURETIES, LTD. | TRUSTEE BOND | 2300-000 | | 17.94 | 21,563.00 |
| | | 701 POYDRAS ST., SUITE 420 | BOND PREMIUM 2/2/09 | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.17 | | 21,563.17 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.19 | | 21,563.36 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.47 | | 21,563.83 |
| 05/04/09 | 000203 | GORMAN & ASSOCIATES | PROFESSIONAL COMPENSATION | 3310-000 | | 198.75 | 21,365.08 |
| | | | PROFESSIONAL COMPENSATION FOR | | | | |
| | | | 4/30/2009 | | | | |
| | | | INVOICE NO. 9323 | | | | |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.54 | | 21,365.62 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.53 | | 21,366.15 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.54 | | 21,366.69 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.54 | | 21,367.23 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.53 | | 21,367.76 |

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-24129 -ERW | | Trustee Name: | GUS A. PALOIAN, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | ESTIS, ALINA | | Bank Name: | **B OF A /ASSOCIATED BANK |
| | | | Account Number / CD #: | *******4170 BofA Money Market |
| Taxpayer ID No: | *******0926 | | | |
| For Period Ending: | 02/01/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.54 | | 21,368.30 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.53 | | 21,368.83 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.54 | | 21,369.37 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.54 | | 21,369.91 |
| 02/05/10 | 000204 | INTERNATIONAL SURETIES, LTD. | TRUSTEE BOND BLANKET BOND DISBURSEMENT | 2300-000 | | 18.16 | 21,351.75 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.49 | | 21,352.24 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.55 | | 21,352.79 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.53 | | 21,353.32 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.54 | | 21,353.86 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.53 | | 21,354.39 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.54 | | 21,354.93 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.55 | | 21,355.48 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.53 | | 21,356.01 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.54 | | 21,356.55 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.53 | | 21,357.08 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.54 | | 21,357.62 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.54 | | 21,358.16 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.16 | | 21,358.32 |
| 03/07/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 21,358.35 |
| 03/07/11 | | Transfer to Acct #*******4183 | Final Posting Transfer | 9999-000 | | 21,358.35 | 0.00 |

LFORM2T4 UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

Ver: 16.05b

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 07-24129 -ERW | Trustee Name: | GUS A. PALOIAN, TRUSTEE |
|---|---|---|---|
| Case Name: | ESTIS, ALINA | Bank Name: | **B OF A /ASSOCIATED BANK |
| | | Account Number / CD #: | *******4170 BofA Money Market |
| Taxpayer ID No: | *******0926 | | |
| For Period Ending: | 02/01/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| Account *******4170 | Balance Forward | | 0.00 |
| 1 Deposits | | 21,567.48 | 4 Checks | 253.95 |
| 38 Interest Postings | | 44.82 | 0 Adjustments Out | 0.00 |
| | | | 1 Transfers Out | 21,358.35 |
| Subtotal | $ | 21,612.30 | | |
| | | | Total | $ 21,612.30 |
| 0 Adjustments In | | 0.00 | | |
| 0 Transfers In | | 0.00 | | |
| Total | $ | 21,612.30 | | |

LFORM2T4

UST Form 101-7-TDR (5/1/2011) (Page: 11)

Ver: 16.05b

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 07-24129 -ERW | | Trustee Name: | GUS A. PALOIAN, TRUSTEE |
|---|---|---|---|---|
| Case Name: | ESTIS, ALINA | | Bank Name: | **B OF A /ASSOCIATED BANK |
| | | | Account Number / CD #: | *******4183  BofA Checking Account |
| Taxpayer ID No: | *******0926 | | | |
| For Period Ending: | 02/01/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/07/11 | | Transfer from Acct #*******4170 | Transfer In From MMA Account | 9999-000 | 21,358.35 | | 21,358.35 |
| 03/07/11 | 002001 | Gus A. Paloian, Trustee<br>131 S. DEARBORN STREET<br>SUITE 2400<br>CHICAGO, ILLINOIS 60603 | Trustee Compensation | 2100-000 | | 2,910.83 | 18,447.52 |
| 03/07/11 | 002002 | Gus A. Paloian, Trustee<br>131 S. DEARBORN STREET<br>SUITE 2400<br>CHICAGO, ILLINOIS 60603 | Trustee Expenses | 2200-000 | | 1,083.79 | 17,363.73 |
| 03/07/11 | 002003 | NISEN & ELLIOTT, LLC | Claim ATTY FEE, Payment 100.00000%<br>ATTORNEY FEES & EXPENSES | 3210-600 | | 2,500.00 | 14,863.73 |
| 03/07/11 | 002004 | SEYFARTH SHAW LLP | Claim TEE ATTY 1, Payment 100.00000%<br>ATTORNEY FEES & EXPENSES<br>FIRST AND FINAL FEE APPLICATION | 3110-000 | | 7,343.20 | 7,520.53 |
| 03/07/11 | 002005 | JPMorgan Chase Bank NA<br>Attn Ray Mada AZI-2004<br>1820 E Sky Harbor Circle South<br>Phoenix, AZ 85034 | Claim 000001, Payment 5.48697% | 7100-000 | | 4,677.46 | 2,843.07 |
| 03/07/11 | 002006 | CHASE BANK USA<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Claim 000002, Payment 5.48697% | 7100-000 | | 2,278.38 | 564.69 |
| 03/07/11 | 002007 | BMW Financial Services, NA, LLC<br>5550 Britton Parkway<br>Hilliard, OH 43026 | Claim 000003, Payment 5.48700% | 7100-000 | | 564.69 | 0.00 |

LFORM2T4   UST Form 101-7-TDR (5/1/2011) *(Page: 12)*   Ver: 16.05b

FORM 2

Page: 5

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-24129 -ERW | Trustee Name: | GUS A. PALOIAN, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | ESTIS, ALINA | Bank Name: | **B OF A /ASSOCIATED BANK |
|  |  | Account Number / CD #: | *******4183  BofA Checking Account |
| Taxpayer ID No: | *******0926 |  |  |
| For Period Ending: | 02/01/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******4183

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| | Balance Forward | 0.00 | | | |
| 0 | Deposits | 0.00 | 7 | Checks | 21,358.35 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| 0 | Adjustments In | 0.00 | | Total | $ 21,358.35 |
| 1 | Transfers In | 21,358.35 | | | |
| | Total | $ 21,358.35 | | | |

Report Totals

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| | Balance Forward | 0.00 | | | |
| 1 | Deposits | 21,567.48 | 11 | Checks | 21,612.30 |
| 38 | Interest Postings | 44.82 | 0 | Adjustments Out | 0.00 |
| | | | 1 | Transfers Out | 21,358.35 |
| | Subtotal | $ 21,612.30 | | | |
| 0 | Adjustments In | 0.00 | | Total | $ 42,970.65 |
| 1 | Transfers In | 21,358.35 | | | |
| | Total | $ 42,970.65 | | Net Total Balance | $ 0.00 |